Paloma P. Peracchio, CA Bar No. 259034
paloma.peracchio@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

Mitchell A. Wrosch, CA Bar No. 262230
mitchell.wrosch@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendant Walmart Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA CASTRO, individually and on behalf of other individuals similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-CV-00928-JAM-KJN<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE AN AMENDED COMPLAINT AND RELIEVING DEFENDANT OF RESPONDING TO THE INITIAL COMPLAINT**<br>**(LOCAL RULE 143, 144; FRCP 6)**<br><br>Complaint Filed:　March 24, 2020<br>Trial Date:　　　None Set<br>District Judge:　Hon. John A. Mendez<br>Magistrate Judge:　Hon. Kendall J. Newman |

20cv928.o.5820.docx

Case No. 2:20-CV-00928-JAM-KJN
STIPULATION FOR PLAINTIFF TO FILE AMENDED COMPLAINT;
EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE
PLEADING

Pursuant to Civil Local Rules 143 and 144, and Fed. R. Civ. Proc. 6, Plaintiff MARTHA CASTRO ("Plaintiff") and Defendant WALMART INC. ("Defendant"), by and through their attorneys of record, hereby stipulate to as follows:

1. On March 24, 2020, Plaintiff filed a putative class action Complaint (the "Complaint") in Placer County Superior Court (Case No. SCV0044650). (ECF No.1-2)
2. On May 6, 2020, Defendant filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332(d), 1453, and 1711 in the Eastern District of California. (ECF No. 1)
3. Pursuant to Fed. R. Civ. Proc. 81(c)(2), Defendant the deadline for Defendant to file a responsive pleading to the Complaint is May 13, 2020.
4. On May 7 and 8, 2020, in compliance with the Order re Filing Requirements for Cases Assigned to Judge Mendez (ECF No. 2-2), the parties met and conferred regarding Defendant's intent to file a Motion to Dismiss the Complaint pursuant to Fed. R. Civ. Proc. 12.
5. On May 8, 2020, Plaintiff agreed to file a First Amended Complaint. As such, the Parties agreed that Defendant would not respond to the initial Complaint.

Based on the foregoing, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record that:

1. Plaintiff will file a First Amended Complaint on or before May 22, 2020.
2. Defendant will file its response to Plaintiff's First Amended Complaint within fourteen days of its filing.

20cv928.o.5820.docx

1   Case No. 2:20-CV-00928-JAM-KJN
STIPULATION FOR PLAINTIFF TO FILE AMENDED COMPLAINT; EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING

DATED: May 8, 2020                         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                           By: */s/ Paloma P. Peracchio*
                                               Paloma P. Peracchio
                                               Mitchell A. Wrosch
                                               Attorneys for Defendant Walmart Inc.

DATED: May 8, 2020                         BRADLEY/GROMBACHER, LLP

                                           By: */s/ Marcus J. Bradley*
                                               Marcus J. Bradley
                                               Kiley L. Grombacher
                                               Lirit King
                                               Attorneys for Plaintiff Martha Castro

**IT IS SO ORDERED.**

DATED:   May 8, 2020                       /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
                                           UNITED STATES DISTRICT
                                           COURT JUDGE

20cv928.o.5820.docx

2    Case No. 2:20-CV-00928-JAM-KJN
STIPULATION FOR PLAINTIFF TO FILE AMENDED COMPLAINT; EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING

42791853.1

3    Case No. 2:20-CV-00928-JAM-KJN
STIPULATION FOR PLAINTIFF TO FILE AMENDED COMPLAINT;
EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE
PLEADING

20cv928.o.5820.docx