UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA CASTRO, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br><br>Defendant. | Case No. 2:20-cv-00928-DAD-EPG<br><br>ORDER VACATING CLASS CERTIFICATION DEADLINES AND DIRECTING PARTIES TO FILE JOINT STATUS REPORT<br><br>(ECF Nos. 18, 23) |

Plaintiff Martha Castro, individually and on behalf of other individuals similar situated, ("Plaintiff") filed a putative class action complaint against Defendant Walmart, Inc. ("Defendant") in the Superior Court of California for the County of Placer on March 24, 2020. (*See* ECF No. 1.) Defendant removed the matter to federal court on March 6, 2020, and the case was initially assigned to District Judge John A. Mendez and Magistrate Judge Kendall J. Newman. (*Id.*) On September 11, 2020, Judge Mendez set a schedule for Plaintiff's motion for class certification. (ECF No. 18.) In relevant part, Plaintiff was ordered to file a motion for class certification no later than April 19, 2021. (*Id.*)

On January 27, 2021, Defendant filed a notice of related cases indicating that this matter is related to *Sousa v. Walmart, Inc., et al.,* 1:20-cv-00500-DAD-EPG. (ECF No. 20.) On February 8, 2021, District Judge Dale A. Drozd issued an order relating and reassigning this case to Judge

1

1 Drozd and the undersigned. (ECF No. 21.) On April 8, 2021, the Court issued a minute order
2 directing the parties to file a joint report addressing the status of this case, whether the class
3 certification schedule should be modified, and their availability for a hearing on the motion for
4 class certification on an alternate date. (ECF No. 22.)

5       The parties filed a Joint Status Report on April 22, 2021. (ECF No. 23.) According to the
6 Joint Status Report, the parties in this action and in the *Sousa* action have determined that both
7 cases assert substantially similar claims against the same defendant and have agreed to
8 consolidate both actions. (*Id.*) A consolidated complaint and stipulation for consolidation has
9 been circulated and will be filed "shortly" in the *Sousa* action. (*Id.*) Once the consolidated
10 complaint is filed, the parties intend to meet and confer regarding the impact "if any" that
11 consolidation will have on the deadlines in this matter. (*Id.*)

12       In light of the parties' representations in the Joint Status Report, as well as the fact that the
13 deadline for filing a motion for class certification has expired and no motion has been filed, it
14 appears that the parties' intent to consolidate this matter with the *Sousa* action will affect the
15 deadlines in this case. Accordingly, the Court will vacate the deadlines set forth in the scheduling
16 order and direct the parties to file a further status report within thirty days.

17       Accordingly, IT IS HEREBY ORDERED that:
18     1. All deadlines set forth in the scheduling order (ECF No. 18) issued on September
19         11, 2020, are VACATED; and
20     2. The parties shall file a joint status report within thirty (30) days of entry of this
21         order addressing the status of this case.

22
23 IT IS SO ORDERED.

24   Dated: **April 26, 2021**        /s/ Erica P. Grosjean
25                                       UNITED STATES MAGISTRATE JUDGE
26
27
28