UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA CASTRO, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br><br>Defendant. | Case No. 2:20-cv-00928-DAD-EPG<br><br>ORDER DIRECTING PARTIES TO RESPOND RE: CONSOLIDATION |

On April 29, 2021, the parties in related case *Sousa v. Walmart, Inc., et al.*, Case No. 1:20-cv-00500-DAD-EPG ("*Sousa*"), filed a stipulation requesting to consolidate *Sousa* with this matter and to file a consolidated amended complaint. (*Sousa,* ECF No. 27.) The stipulation was not signed by Plaintiff's counsel in this case and the stipulation did not address whether or not Plaintiff agreed to the requested relief. The Court will therefore direct the parties to file a response addressing whether or not they oppose consolidation and the filing of a consolidated amended complaint. If appropriate, the parties may file their response as a stipulation.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that, within seven days of entry of this order, the parties shall file a response addressing whether or not they agree that this case and *Sousa* should be consolidated and whether leave to file a consolidated amended complaint should be granted.

IT IS SO ORDERED.

Dated: **April 30, 2021**

/s/ Eric P. Groig
UNITED STATES MAGISTRATE JUDGE